# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK HASKINS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-16-283-R ) |
| PAYNE COUNTY JUDGE THOMAS, et al., | ) ) ) |
| Respondents. | ) ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin entered September 30, 2016. Doc. No. 9. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this matter is DISMISSED.

IT IS SO ORDERED this 27th day of October, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE